JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVA ANN J.[1], an Individual,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:20-00204 ADS<br><br>JUDGMENT OF DISMISSAL |

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

In accordance with the Memorandum Opinion and Order, Dkt. No. 20, filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is affirmed, and this action is dismissed with prejudice.

DATE: May 12, 2021

                                        /s/ Autumn D. Spaeth
                                THE HONORABLE AUTUMN D. SPAETH
                                United States Magistrate Judge